IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ESCOBEDO, individually ) <br> and on behalf of all others similarly situated, ) <br> ) No. 12-CV-9393 <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Magistrate Judge Michael T. Mason <br> AMERICAN TIRE DISTRIBUTORS, INC., ) <br> ) <br> Defendant. ) | |

**PLAINTIFF'S UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff asks the Court to enter an order:

1. Preliminarily approving the class-wide Settlement Agreement negotiated by the parties;

2. Conditionally certifying this case as a class action for settlement purposes only and defining the Class as: "employees or job applicants who applied to work for or worked for American Tire Distributors, Inc. locations during the time frame of November 26, 2010 to November 26, 2012 and who are identified in the Class List attached as Exhibit B to the parties' Settlement Agreement. These individuals worked for or applied to work for American Tire Distributors, Inc. during the Covered Period and may have suffered an adverse action based upon information obtained in a consumer report.";

3. Designating the Named Plaintiff, Juan Escobedo, as a representative for the Class and his attorneys as Class Counsel;

4. Approving the form and manner of class notice;

5. Setting a date for a final fairness hearing; and

6.      Pending the outcome of a final fairness hearing, preliminarily enjoining all members of the Class from commencing, prosecuting, or maintaining any claim already asserted in and encompassed by this Action.

7.      A draft order is attached to the memorandum of law filed in support of this motion.

WHEREFORE, Plaintiff requests entry of the attached draft order or a similar order.

Respectfully submitted,


/s/   Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
Hughes Socol Piers Resnick & Dym
70  W. Madison St. Suite 4000
Chicago, IL 60602
(312) 580-0100