**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUAN ESCOBEDO, individually<br>and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TIRE DISTRIBUTORS, INC.,<br><br>Defendant. | )<br>)<br>)  No. 12-CV-9393<br>)<br>)<br>)<br>)   Magistrate Judge Michael T. Mason<br>)<br>)<br>) |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN
SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Juan Escobedo, through counsel, asks the Court to extend by 17 days the present August 13, 2013 deadline for filing his Motion For Final Approval and Certification of Settlement Class, stating in support as follows.

1.      On May 30, 2013, the parties appeared before the Court on Plaintiff's Motion For Preliminary Approval of Class Action Settlement.

2.      The Court granted Plaintiff's Motion, ordered notice be mailed to the class on or before June 14, 2013, and set a final approval hearing date of September 19, 2013.

3.      On June 14, 2013, the Settlement Administrator mailed notice of the Settlement to the Class.

4.      The Class Notice instructs Class Members that claim forms, objections, and opt out forms must be postmarked on or before August 13, 2013.

5.      The Court's May 30, 2013 docket entry [No. 27] states that the Plaintiff must file his Motion For Final Approval and Certification of Settlement Class on or before August 13, 2013.

6.      Plaintiff asks the Court to extend, until August 30, 2013, the deadline for filing his Motion For Final Approval and Certification of Settlement Class.

7.      The Settlement Administrator cannot complete a final accounting of the participation and objections of class members until at least one week after the August 13, 2013 deadline for submitting claim forms, objections, and opt outs.  Accordingly, if Plaintiff filed his final approval motion on August 13, 2013, that motion would not provide a complete accounting of the participation and objections of all class members.

8.      If Plaintiff is permitted to file his final approval papers on August 30, 2013, the Motion For Final Approval and Certification of Settlement Class will include a complete accounting of the participation and objections of all class members. Moreover, the Court will still have almost three weeks to review the motion in advance of the September 19, 2013 final approval hearing date.

9.      Plaintiff's counsel has spoken with James McKenna, counsel for Defendant, and Mr. McKenna informed Plaintiff's counsel that Defendant agrees to this motion.

WHEREFORE, Plaintiff asks the Court to extend the deadline for filing his Motion For Final Approval and Certification of Settlement Class until August 30, 2013.

Respectfully submitted,


/s/ Christopher J. Wilmes
One of the Attorneys for the Plaintiff

Matthew J. Piers
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602